# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

February 22, 2021

**By the Court:**

| | |
|---|---|
| MICHAEL G. MUIR, | ] Appeal from the United |
|     Plaintiff-Appellant, | ] States District Court for |
| | ] the Central District of |
| No. 21-1312    v. | ] Illinois. |
| | ] |
| TRANSPORTATION SECURITY | ] No. 1:20-cv-01280-JBM-JEH |
| ADMINISTRATION, et al., | ] |
|     Defendants-Appellees. | ] Joe Billy McDade, |
| | ]     Judge. |

O R D E R

    A review of the short record reveals that this appeal involves more than one appellee represented by different counsel. Counsel for appellees are encouraged to file a joint brief and appendix or adopt parts of a co-appellee's brief. The parties are reminded that redundant and uncoordinated briefing will be stricken. *See United States v. Torres,* 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).