_____

# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

### No. 21-1312
_____

| | | |
|---|---|---|
| MICHAEL G. MUIR, | ) | Appeal from the |
| | ) | United States District Court for |
| Plaintiff-Appellant, | ) | the Central District of Illinois |
| | ) | |
| v. | ) | No. 1:20-cv-01280 |
| | ) | |
| TRANSPORTATION SECURITY | ) | |
| ADMINISTRATION, et al., | ) | Hon. Joe Billy McDade |
| | ) | United States District Judge |
| Defendants-Appellees. | ) | |

_____

## ENTRY OF APPEARANCE

The undersigned hereby enters her appearance in the captioned appeal on behalf of the Appellees, United States Transportation Security Administration, David P. Pekoske, and Chad F. Wolf.

                                              Respectfully submitted,

                                              JOHN C. MILHISER
                                              *United States Attorney*

                                              /s/Kimberly A. Klein
                                              *Assistant United States Attorney*

                                              *Office of the United States Attorney*
                                              *211 Fulton Street, Suite 400*
                                              *Peoria, Illinois 61602*
                                              *(309) 671-7050*

## CERTIFICATE OF SERVICE

I certify that on February 23, 2021, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. Participants in this case who are CM/ECF uses will be served by the CM/ECF system. I further certify that I caused a true and correct copy to be sent via United States Mail, first class and postage prepaid, addressed to the pro se Plaintiff-Appellant:

Michael Gibson Muir
19 Inglewood Lane
Bloomington, Illinois 61704

/s/Kimberly A. Klein
Assistant United States Attorney
