## APPELLANT'S JURISDICTIONAL STATEMENT

Case no. 21-1312 originated in the United States District Court for the Central District of Illinois, pursuant to 28 U.S.C. §§ 1331, 1332(a)(1) and 1346(b)(1). Jurisdiction is based on the existence of a federal question regarding; 42 U.S.C. § 1983, 29 U.S.C. § 794, 49 U.S.C. § 40103, 49 U.S.C. § 44901, Amendments IV, V and XIV to the United States Constitution and the constitutional right to privacy found in *Griswold v. Connecticut*, 381 U.S. 479 (1965). Plaintiff-appellant Michael Gibson Muir resides in Bloomington, Illinois. Defendant-appellee L3Harris Technologies, Inc. is a for-profit corporation incorporated in Delaware and headquartered in Florida. Defendant-appellee Allegiant Air, LLC is a Nevada company. This appeal seeks to reverse the final order of the district court, which on January 22, 2021, dismissed the plaintiff-appellant's First Amended Compliant with prejudice and terminated the matter. The date of entry of the order sought to be reviewed is January 25, 2021. The filing date of the notice of appeal is February 19, 2021. There is one additional district court case related to this appeal; *Muir v. L3Harris Technologies, Inc.* (District of Arizona case no. 2:19-cv-05887). This United States Court of Appeals for the Seventh Circuit has proper jurisdiction to hear this appeal, pursuant to 28 U.S.C. § 1291.

DATED: this 23rd day of February, 2021

Respectfully submitted,

MICHAEL GIBSON MUIR

U.S.C.A. – 7th Circuit
RECEIVED
FEB 26 2021 LEJ

MICHAEL GIBSON MUIR
19 Inglewood Lane
Bloomington, IL 61704
(712) 309-6121