## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2021, I electronically filed the foregoing **Appearance and Circuit Court Rule 26.1 Disclosure Statement** with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. The other participants in this case who are also CM/ECF users will be served electronically by the CM/ECF system.

I further certify that I caused a true and correct copy of the foregoing **Appearance and Circuit Court Rule 26.1 Disclosure Statement** to be sent via United States Mail, first class and postage prepaid, to the pro se Plaintiff-Appellant at the address listed below:

Michael Gibson Muir
19 Inglewood Ln
Bloomington, IL 61704
*Plaintiff Pro se*

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael G. McQuillen*