U.S. District Court

CENTRAL DISTRICT OF ILLINOIS

# Notice of Electronic Filing

The following transaction was entered on 3/19/2021 at 9:29 AM CDT and filed on 3/19/2021
**Case Name:** Muir v. United States Transportation Security Administration et al
**Case Number:** 1:20-cv-01280-JBM-JEH
**Filer:**
**WARNING: CASE CLOSED on 01/22/2021**
**Document Number:** No document attached

## USCA Appeal Fees received $ 505.00, receipt number 14626040215 re [48] Notice of Appeal filed by Michael Gibson Muir. (AH)

**1:20-cv-01280-JBM-JEH Notice has been electronically mailed to:**

Christopher J Raistrick     craistrick@amm-law.com, klaurent@amm-law.com

Keith S Yamaguchi     kyamaguchi@kmazuckert.com

Kimberly A Klein     Kimberly.Klein@usdoj.gov, brianna.starck@usdoj.gov, CaseView.ECF@usdoj.gov, kelly.k.thompson@usdoj.gov, nicole.bierma@usdoj.gov

Marnie A Holz     mholz@kmazuckert.com, ebarrera@kmazuckert.com

Michael G McQuillen     mmcquillen@amm-law.com, tdodson@amm-law.com

Richard C Harris     rharris@amm-law.com

Thomas C Sokol     tsokol@kmazuckert.com, ebarrera@kmazuckert.com

**1:20-cv-01280-JBM-JEH Notice has been delivered by other means to:**

Michael Gibson Muir
19 Inglewood Lane
Bloomington, IL 61704