# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MICHAEL GIBSON MUIR, ) <br> ) <br> Plaintiff-Appellant, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES TRANSPORTATION ) <br> SECURITY ADMINISTRATION; DAVID P. ) <br> PEKOSKE, Administrator, United States ) <br> Transportation Security Administration, in his ) <br> individual capacity; L3HARRIS ) <br> TECHNOLOGIES INC., a Delaware for-profit ) <br> Corporation; ALLEGIANT AIR, LLC, a Nevada ) <br> company; CHAD F. WOLF, Secretary, United ) <br> States Department of Homeland Security, in his ) <br> official capacity. ) <br> ) <br> Defendants-Appellees. ) | Case No. 21-1312 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, a copy of Plaintiff-Appellant Michael Gibson Muir's Appellant's Brief was mailed via USPS mail to the following:

Keith S. Yamaguchi
KMA Zuckert LLC
Suite 1600
200 West Madison Street
Chicago, Illinois 60606
Tracking No. 9505 5116 3596 1109 6399 01

Kimberly A. Klein
U.S. Attorney
United States Attorney's Office
One Technology Plaza
211 Fulton Street
Peoria, Illinois 61602
Tracking No. 9505 5116 3596 1109 6399 18

1

Richard C. Harris
Adler Murphy & McQuillen LLP
Suite 2500
20 South Clark Street
Chicago, Illinois 60603
Tracking No. 9505 5116 3596 1109 6399 25

    A search of the USPS tracking database indicates that all copies were delivered.

DATED: this 7th day of May, 2021

                                                      Respectfully submitted,

                                        _____s/Michael Gibson Muir_____

                                                MICHAEL GIBSON MUIR

MICHAEL GIBSON MUIR
19 Inglewood Lane
Bloomington, IL 61704
(712) 309-6121