_____

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

## No. 21-1312
_____

| | | |
|---|---|---|
| MICHAEL GIBSON MUIR, | ) | Appeal from the |
| | ) | United States District Court for |
| Plaintiff-Appellant, | ) | the Central District of Illinois |
| | ) | |
| v. | ) | |
| | ) | No. 1:20-cv-01280 |
| U.S. TRANSPORTATION SECURITY | ) | |
| ADMINISTRATION, et al., | ) | |
| | ) | Hon. Joe Billy McDade |
| Defendants-Appellees. | ) | United States District Judge |

_____

**APPELLEES' JOINT MOTION FOR LEAVE TO FILE OVERSIZED BRIEF**

The undersigned appellees respectfully request leave of court to file a brief in excess of the 14,000 word limitation provided by Cir. Rule 32. In support of its request, the parties state:

1. The three appellee co-defendants will be filing a joint brief and appendix, as encouraged by the Court in its February 22, 2021 Order [ECF 2].

2. Plaintiff-Appellant raised numerous issues before the district court and attempts to raise entirely new issues in his initial brief. Some of these issues pertain to all defendants-appellees equally and will be addressed jointly.

However, some issues pertain to only one defendant-appellee and must be addressed separately.

3. While Defendant-Appellees will make every effort to be as concise as possible, it is possible that the final brief will exceed the 14,000 word count permitted by the Rules.

4. Accordingly, in an abundance of caution, Defendant-Appellees seek leave to file a joint brief and appendix that will not exceed 20,000 words.

Respectfully submitted,

DOUGLAS J. QUIVEY
*Acting United States Attorney*

/s/Kimberly A. Klein
*Assistant United States Attorney*

*Office of the United States Attorney*
*211 Fulton Street, Suite 400*
*Peoria, Illinois 61602*
*(309) 671-7050*

## CERTIFICATE OF SERVICE

I certify that on May 12, 2021, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. Participants in this case who are CM/ECF uses will be served by the CM/ECF system. I further certify that I caused a true and correct copy to be sent via United States Mail, first class and postage prepaid, addressed to the pro se Plaintiff-Appellant:

Michael Gibson Muir
19 Inglewood Lane
Bloomington, Illinois 61704

/s/Kimberly A. Klein
Assistant United States Attorney