# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 14, 2021

Before
THOMAS L. KIRSCH II, *Circuit Judge*

| No. 21-1312 | MICHAEL G. MUIR,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, et al.,<br>　　　　Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-01280-JBM-JEH<br>Central District of Illinois<br>District Judge Joe Billy McDade ||

Upon consideration of the **MOTION TO FILE OVERSIZE BRIEF**, filed on May 12, 2021, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED** in part. Appellees' counsel are granted leave to file an oversized brief that does not exceed 16,000 words. Counsel remain encouraged to file a joint brief and must work together to avoid duplicative briefing. *See United States v. Torres*, 170 F.3d 749 (7th Cir. 1999) and *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992). They may renew their request for additional space if they believe it is necessary when they file their brief.

form name: **c7_Order_3J**     (form ID: **177**)