## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MICHAEL GIBSON MUIR, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | Case No. 21-1312 |
| ) | |
| UNITED STATES TRANSPORTATION ) | |
| SECURITY ADMINISTRATION; DAVID P. ) | |
| PEKOSKE, Administrator, United States ) | |
| Transportation Security Administration, in his ) | |
| individual capacity; L3HARRIS ) | |
| TECHNOLOGIES INC., a Delaware for-profit ) | |
| Corporation; ALLEGIANT AIR, LLC, a Nevada ) | |
| company; CHAD F. WOLF, Secretary, United ) | |
| States Department of Homeland Security, in his ) | |
| official capacity. ) | |
| ) | |
| Defendants-Appellees. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2021, a copy of Plaintiff-Appellant Michael Gibson Muir's Reply Brief was mailed via USPS mail to the following:

Keith S. Yamaguchi
KMA Zuckert LLC
Suite 1600
200 West Madison Street
Chicago, Illinois 60606


Kimberly A. Klein
U.S. Attorney
United States Attorney's Office
One Technology Plaza
211 Fulton Street
Peoria, Illinois 61602

1

Richard C. Harris
Adler Murphy & McQuillen LLP
Suite 2500
20 South Clark Street
Chicago, Illinois 60603

DATED: this 9th day of June, 2021

                                                Respectfully submitted,

                                  _____s/Michael Gibson Muir_____

                                          MICHAEL GIBSON MUIR

MICHAEL GIBSON MUIR
19 Inglewood Lane
Bloomington, IL 61704
(712) 309-6121