# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 18, 2021

To:  Shig Yasunaga
     UNITED STATES DISTRICT COURT
     Central District of Illinois
     Peoria, IL 61602-0000

|  | MICHAEL G. MUIR,<br>           Plaintiff - Appellant |
|---|---|
| No. 21-1312 | v. |
|  | TRANSPORTATION SECURITY ADMINISTRATION, et al.,<br>           Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:20-cv-01280-JBM-JEH |
| Central District of Illinois |
| District Judge Joe Billy McDade |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                                    No record to be returned

form name: **c7_Mandate**   (form ID: **135**)