# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 18, 2021

To: Shig Yasunaga
UNITED STATES DISTRICT COURT
Central District of Illinois
Peoria, IL 61602-0000

| No. 21-1312 | MICHAEL G. MUIR,<br>                Plaintiff - Appellant<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, et al.,<br>                Defendants - Appellees |
|---|---|

**Originating Case Information:**
District Court No: 1:20-cv-01280-JBM-JEH
Central District of Illinois
District Judge Joe Billy McDade

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                        No record to be returned

form name: **c7_Mandate**    (form ID: **135**)